```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11732
  RICK SZOSTAK
  STACY SZOSTAK                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
     SSN XXX-XX-5309      SSN XXX-XX-6366

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/08/08 .

     2.  The case was dismissed without confirmation, 06/06/2008.

------------------------------------------------------------------------
CREDITOR NAME                CLASS      CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00        .00           .00
PRINCIPAL PAID          .00        .00         .00        .00           .00
INTEREST PAID           .00        .00         .00        .00           .00
TOTAL PAID              .00        .00         .00        .00           .00
The Debtor's attorney, JOSEPH WROBEL ESQ            , was allowed $     .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




         Dated: 09/11/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 11732 RICK SZOSTAK & STACY SZOSTAK
```